AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

JOHN MICHAEL LYONS )
*Plaintiff* )
v. ) Civil Action No. 3:20-cv-267
COMMISSIONER OF THE SOCIAL SECURITY AD )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**   The ALJ's non-disability decision is affirmed.

                                                                                                                              .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas M. Rose                                   on a motion for

                                                                                                                              .

Date:  8/4/2021

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*